```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ELVIS SANTANA, et al.,

Defendants.

Case No. 09-CR-1022 (KMK)

ORDER

KENNETH M. KARAS, U.S.D.J.:

On March 19, 2010, the Court held a status conference with respect to Defendants SHAUN BROOKS, DANNY BUENO, ANGEL DELACRUZ, MORGAN STOKES, EMMANUEL MARTINEZ, JOEL NORWOOD, LAMONT MASON, ANDRE RODRIGUEZ, HECTOR BARBOSA, JESSIE FONESCA, DENNIS MANCUSI, FRED CANNON, DONTAE DEGREE, PABLO RIVERA, MARK HAMMARY, ROBERT BENEDITTINI, JULIO GARCIA, FRANK VACCARIELLO, WILLIAM ANDERSON, DONALD TAYLOR, ROBERT CURRY, JAMES MCCRAE, BLAINE SCOTT, ERIC MCKENZIE, BYRON OVERBY, ROBERT BARNES, OMARI NELSON, JERMAINE GILLEO, HAROLD ROMAN, MICHAEL CUNNINGHAM, PIERRE MYKE, KADEMA NELSON, DONIEL THOMAS, JAMES SKAGGS, TYRELL MOSLEY, TAINA VALENTINE, PRINCE MARSH, SAM SHULER and CHRIS CURRY.

The Court adopted the following scheduling order:

All Defendants shall file their pre-trial motions by no later than July 16, 2010. Counsel are reminded that due to the extended motion schedule, no extensions of this deadline will be considered. The Government shall respond by no later than August 16, 2010. Defendants may respond by September 3, 2010. Sur-reply papers will not be accepted unless prior permission of the Court is given.

Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

Any pending deadlines found in the Federal Rules of Criminal Procedure or in any applicable statute are hereby stayed until the date the motion is due.

Courtesy copies are to be served upon all counsel by the assigned date. Two courtesy copies of all papers also shall be sent to this Court at the time they are filed.

Please wait to hear from the Court to schedule argument or hearings.

The Court will hold a status conference for all Defendants on July 30, 2010. Unless Parties hear from the Court, the Defendants should appear before the Court at the same times at

the July 30, 2010 conference as reflected in the updated Scheduling Order for the March 19, 2010 conference (Dkt. No. 149).

Finally, for reasons given on the record, it is

ORDERED that time is excluded under the Speedy Trial Act through July 30, 2010, on the basis of the Court's finding, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the interests of justice served by this continuance outweigh the interests of the public and of Defendants in a speedy trial.

SO ORDERED.

DATED:   March ??, 2010
         White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

2